UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAR 17 AM 11:28

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16-CR-36 |
| | ) | |
| TAMAR TORADZE | ) | |
| and LEVAN ARUTINOV | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 17, 2016, in the District of Vermont and elsewhere, the defendants, TAMAR TORADZE and LEVAN ARUTINOV, knowingly and willfully conspired with each other and with others to bring certain aliens, namely, NL and MA, to the United States, knowing and in reckless disregard of the fact that those persons had not received prior official authorization to enter the United States.

(8 U.S.C. § 1324(a)(1)(A)(v)(I))

COUNT 2

On or about March 17, 2016, in the District of Vermont and elsewhere, the defendants, TAMAR TORADZE and LEVAN ARUTINOV, knowing and in reckless disregard of the fact that certain aliens, NL and MA, had come to, entered and remained in the United States in violation of law, transported and moved those persons within the United States by means of transportation in furtherance of such violation of law.

(8 U.S.C. §1324(a)(1)(A)(ii), 18 U.S.C. § 2)

A TRUE BILL

F̄ ▮▮▮▮▮▮▮▮▮

E.S. Miller (WBD)
ERIC S. MILLER
United States Attorney
Burlington, Vermont
March 17, 2016